# IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA
### 136 PRYOR STREET, ROOM C-103, ATLANTA, GEORGIA 30303

ANDREW J. PERLMUTTER ) Case No.: _____
) 
_____ ) **SUMMONS**
)
Plaintiff, )
)
vs: )
)
REED ELSEVIER, INC. D/B/A )
)
LEXISNEXIS )
_____ )
)
Defendant )
)
)

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiff's Attorney, whose name and address is:

John L. Monroe, Jr.
Jaclyn C. Platten
Ford & Harrison LLP
1275 Peachtree St., N.E., Suite 600
Atlanta, Georgia 30309

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____15th_____ day of __June__, 20 _07_

The Hon., Cathelene Robinson
Clerk of Superior Court
By _____
Deputy Clerk

To Defendant upon this petition is severed:

This copy of complaint and Summons was served upon you ___6/27/07___, 20____

_____
Deputy Sheriff

Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet is addendum is used



EXHIBIT B

**SHERIFF'S ENTRY OF SERVICE**

Civil Action No. 2007CV135659

Date Filed 6/15/07

Attorney's address

_____

_____

Name and Address of Party to be Served

_____

_____

_____

**SUPERIOR COURT**

**GEORGIA, FULTON COUNTY**

_____ Plaintiff

VS.

_____ Defendant

---

**SHERIFF'S ENTRY OF SERVICE**

☐ **PERSONAL** I have this day served the defendant _____ personally with a copy of the within action and summons.

☐ **NOTORIOUS** I have this day served the defendant _____ by leaving a copy of the action and summons at his most place notorious place of abode in this county.

Delivered same into hands of _____ described as follows

age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of the defendant.

☒ **CORPORATION** Served the defendant Reed Elsevier Inc (f/k/a) Lexis Nexis corporation by leaving a copy of the within action and summons with Merlyon Jacobs in charge of the office and place of doing business of said Corporation in this County.

☐ **TACK & MAIL** I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

☐ **NON EST** Diligent search made and defendant _____ not to be found in the jurisdiction of this court.

This 27 day of June 2007.

_____ DEPUTY

SHERIFF DOCKET _____ PAGE _____

WHITE-CLERK; CANARY-PLAINTIFF; PINK-DEFENDANT

6009 – 201 - 1201