IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

ANDREW J. PERLMUTTER, }
}
    Plaintiff, }
} Civil Action No. 2007-CV-135657
v. }
}
REED ELSEVIER, INC. D/B/A }
LEXISNEXIS, }
}
    Defendant. }
_____}

## NOTICE OF FILING PETITION FOR REMOVAL

TO:    Clerk of Court
       Superior Court of Fulton County
       136 Pryor Street
       Atlanta, GA 30303

PLEASE TAKE NOTICE that, on the 26th day of July, 2007, Defendant LexisNexis, a division of Reed Elsevier Inc., by and through the undersigned counsel, filed with the Clerk of the United States District Court for the Northern District of Georgia, Atlanta Division, Richard B. Russell Federal Building and Courthouse, 75 Spring Street, SW, Atlanta, GA 30303-3361, its Petition for Removal of the above-captioned action. A copy of said Petition for Removal is annexed hereto.

Respectfully submitted this 26th day of July, 2007.

_____
Mark L. Keenan
Georgia Bar No. 406830
Brennan W. Bolt
Georgia Bar No. 066170


EXHIBIT C

McGuireWoods LLP
1170 Peachtree St, N.E.
Suite 2100
Atlanta, GA 30309
(404) 443-5500

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| ANDREW J. PERLMUTTER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2007-CV-135657 |
| REED ELSEVIER, INC. D/B/A LEXISNEXIS, | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was this date served upon all counsel of record by placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address as follows:

John L. Monroe, Jr.
Jaclyn C. Platten
Ford & Harrison LLP
1275 Peachtree Street, N.E.
Suite 600
Atlanta, Georgia 30309

This 26th day of July, 2007.

_____
Brennan W. Bolt
Attorney for Defendant

\4663569.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANDREW J. PERLMUTTER,<br><br>    Plaintiff,<br><br>v.<br><br>REED ELSEVIER, INC. D/B/A<br>LEXISNEXIS,<br><br>    Defendant. | Case No.<br><br>REMOVAL |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was this date served upon all counsel of record by placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address as follows:

> John L. Monroe, Jr.
> Jaclyn C. Platten
> Ford & Harrison LLP
> 1275 Peachtree Street, N.E.
> Suite 600
> Atlanta, Georgia 30309

This 26th day of July, 2007.

_____
Brennan W. Bolt
Attorney for Defendant

W464609.1