# ATTACHMENT A

1. Lynn M. Reynolds
   Associate General Counsel – Legal Department
   9443 Springboro Pike
   Miamisburg, OH 45342
   (937) 865-7591

2. Linda D. Holloway
   Senior Administrative Assistant
   9443 Springboro Pike
   Miamisburg, OH 45342
   (937) 865-1436

3. Andrew Prozes
   Global Chief Executive Officer, LexisNexis Group
   LexisNexis
   125 Park Avenue
   New York, NY  10017

4. James M. Peck
   CEO LexisNexis Risk & Information Analytics Group, a division of Reed Elsevier, Inc.
   6601 Park of Commerce Blvd.
   Boca Raton, FL   33487

5. James Swift
   Former COO, LexisNexis Risk & Information Analytics Group, a division of Reed Elsevier, Inc.
   C/O eCredit
   777 Yamato Road, Suite 500
   Boca Raton, FL 33431

6. Laurie David Villa
   Vice President, Human Resources
   6601 Park of Commerce Blvd.
   Boca Raton, FL   33487
   (561) 999-4408

7. Michael Lamb
   Vice President, General Counsel – Legal Department
   6601 Park of Commerce Blvd.
   Boca Raton, FL   33487
   (561) 999-3975

8. Andrew J. Perlmutter
   8995 Old Southwick Pass
   Alpharetta, GA   30022
   (678) 491-0562

Atlanta:429861.1