# ATTACHMENT C

1. Employment Agreement between Reed Elsevier, Inc., d/b/a/ LexisNexis and Andrew J. Perlmutter dated September 13, 2004.

2. Demand letter from Ford & Harrison, LLP to Andrew Prozes dated April 19, 2007.

3. Rules of the Reed Elsevier, Group PLC – Retention Share Plan dated May 28, 2004.

4. Letter dated December 3, 2004 from James Peck and Paul Cameron to Andrew Perlmutter

5. Agreement between Reed Elsevier, Inc., d/b/a/ LexisNexis and Andrew J. Perlmutter dated January 22, 2007

6. Email from Andrew J. Perlmutter to Laurie Villa dated 4/9/07 – titled "Questions."

7. Email from Laurie Villa to Andrew J. Perlmutter dated 4/3/07 – titled "Questions."

8. Email from Andrew J. Perlmutter to Laurie Villa dated 3/30/07 – titled "Open Issues."

9. Email from Andrew J. Perlmutter to Laurie Villa dated 3/26/07 – titled "Questions."

10. Email from Andrew J. Perlmutter to Laurie Villa dated 3/21/07 – titled "Human Resource File."

11. Email from Andrew J. Perlmutter to James Peck with cc to Laurie Villa dated 3/20/07 – titled "Variable Compensation Calculation."

12. Email from Laurie Villa to Andrew J. Perlmutter with cc to James Peck attaching non-compete agreement dated 1/19/07 – titled "documents to review and sign."

2

13. Email exchange between Laurie Villa and Andrew J. Perlmutter dated 12/27/06 and 1/2/07 attaching a no compete agreement – not titled.

14. Email from Andrew J. Perlmutter to James Peck dated 12/16/06 - titled "Status of Employment."

15. Email from Andrew J. Perlmutter to James Peck dated 12/14/06 – titled "Thank you."

Atlanta:429862.1