IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANDREW J. PERLMUTTER,<br><br>    Plaintiff,<br><br>    v.<br><br>REED ELSEVIER, INC. D/B/A/ LEXISNEXIS,<br><br>    Defendant. | CIVIL ACTION NO.:<br>1:07-CV-1762-GET |

## SCHEDULING ORDER

Upon review of the information contained in the Preliminary Planning Report and Discovery Plan form completed and filed by the parties, the court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:_____

_____

IT IS SO ORDERED, this _____ day of _____, 2007.

_____
**UNITED STATES DISTRICT JUDGE**

Atlanta:430046.1