IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANDREW J. PERLMUTTER,<br><br>    Plaintiff,<br><br>    v.<br><br>REED ELSEVIER, INC. D/B/A LEXISNEXIS,<br><br>Defendant. | CIVIL ACTION NO.:<br>1:07-CV-1762-GET |

## JOINT CERTIFICATE OF INTERESTED PERSONS

1.  The undersigned counsel of record for the parties to this action certify that the following is a full and complete list of all parties in this action:

    Andrew J. Perlmutter, Plaintiff

    LexisNexis, a division of Reed Elsevier Inc., Defendant

2.  The undersigned further certify that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    None, other than the parties.

Dockets.Justia.com

3. The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Attorneys for Plaintiff:

John L. Monroe, Jr.
Georgia Bar No. 516190
jmonroe@fordharrison.com
Jaclyn C. Platten
Georgia Bar No. 113250
jplatten@fordharrison.com
FORD & HARRISON LLP
1275 Peachtree Street, N.E.
Suite 600
Atlanta, GA  30309

Attorneys for Defendants:

Brennan W. Bolt
Georgia Bar No. 066170
bbolt@mcguirewoods.com
Mark L. Keenan
Georgia Bar No. 406830
mkeenan@mcguirewoods.com
MCGUIREWOODS, LLP
1170 Peachtree Street, N.E.
Suite 2100
Atlanta, GA   30309

DATED this 4th day of September, 2007

| | |
|---|---|
| By: s/ Brennan W. Bolt<br>    Brennan W. Bolt<br>    Georgia Bar No. 066170<br>    bbolt@mcguirewoods.com<br>    Mark L. Keenan<br>    Georgia Bar No. 406830<br>    mkeenan@mcguirewoods.com | By: s/ Jaclyn C. Platten<br>    John L. Monroe, Jr.<br>    Georgia Bar No. 516190<br>    jmonroe@fordharrison.com<br>    Jaclyn C. Platten<br>    Georgia Bar No. 113250<br>    jplatten@fordharrison.com |
| MCGUIREWOODS, LLP<br>1170 Peachtree Street, N.E.<br>Suite 2100<br>Atlanta, GA  30309 | FORD & HARRISON LLP<br>1275 Peachtree Street, N.E.<br>Suite 600<br>Atlanta, GA  30309 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANDREW J. PERLMUTTER,<br><br>    Plaintiff,<br><br>    v.<br><br>REED ELSEVIER, INC. D/B/A/ LEXISNEXIS,<br><br>    Defendant. | CIVIL ACTION NO.:<br>1:07-CV-1762-GET |

### CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2007, I electronically filed the foregoing **JOINT CERTIFICATE OF INTERESTED PERSONS** with the Clerk of the Court, using the Court's CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

    Brennan W. Bolt
    Mark L. Keenan
    MCGUIREWOODS, LLP
    1170 Peachtree Street, N.E.
    Suite 2100
    Atlanta, GA  30309

|  |  |
|---|---|
|  | s/ Jaclyn C. Platten |
|  | Jaclyn C. Platten |
|  | Georgia Bar No. 113250 |
|  | jplatten@fordharrison.com |
| FORD & HARRISON LLP |  |
| 1275 Peachtree Street, N.E. | Attorney for Plaintiff |
| Suite 600 |  |
| Atlanta, Georgia 30309 |  |
| Telephone: (404) 888-3800 |  |
| Facsimile: (404) 888-3863 |  |

Atlanta:429998.1