# ATTACHMENT A

The following individuals may have discoverable information relevant to Plaintiff's claims and LexisNexis' counterclaims. LexisNexis reserves the right to call any person identified in Plaintiff's Initial Disclosures and any person identified by either party during discovery.

By identifying the following individuals, LexisNexis does not consent to any *ex-parte* communications with any of LexisNexis' managerial employees.

1.  Plaintiff

Plaintiff is believed to have information regarding his resignation; his employment agreement; his transition of duties and responsibilities after his resignation; and the agreement that he would not be paid any severance in exchange for receiving compensation pursuant to certain incentive plans that he would not otherwise be entitled because of his resignation.

2.  James Peck
    Chief Executive Officer
    LexisNexis, Risk & Information Analytics Group
    c/o McGuireWoods LLP
    1170 Peachtree Street NE
    Suite 2100
    Atlanta, Georgia 30309

Mr. Peck is believed to have information regarding Plaintiff's resignation; Plaintiff's employment agreement; Plaintiff's transition of duties and

responsibilities after his resignation; and the agreement that Plaintiff would not be paid any severance in exchange for receiving compensation pursuant to certain incentive plans that Plaintiff would not otherwise be entitled because of his resignation.

3. Laurie Villa
   Vice President, Human Resources
   c/o McGuireWoods LLP
   1170 Peachtree Street NE
   Suite 2100
   Atlanta, Georgia 30309

Ms. Villa is believed to have information regarding Plaintiff's resignation; Plaintiff's employment agreement; Plaintiff's transition of duties and responsibilities after his resignation; and the agreement that Plaintiff would not be paid any severance in exchange for receiving compensation pursuant to certain incentive plans that Plaintiff would not otherwise be entitled because of his resignation.

4. Kurt Sanford
   President and Chief Executive Officer
   U.S. Corporate and Public Markets
   LexisNexis
   c/o McGuireWoods LLP
   1170 Peachtree Street NE
   Suite 2100
   Atlanta, Georgia 30309

Mr. Sanford is believed to have information regarding Plaintiff's resignation and Plaintiff's transition of duties and responsibilities after his resignation.