## ATTACHMENT C

LexisNexis reserves the right to use any documents identified in Plaintiff's Initial Disclosures and any documents produced by either party during discovery. LexisNexis further reserves the right to supplement and/or amend Attachment C. The following are documents presently in LexisNexis' possession, custody or control that it may use to support its defenses:

1. Plaintiff's personnel file including Plaintiff's employment agreement, which LexisNexis has in its possession.

2. Email correspondence between Plaintiff, James Peck, and Laurie Villa regarding Plaintiff's resignation and transition from the company, which LexisNexis has in its possession.