IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANDREW J. PERLMUTTER,<br><br>    Plaintiff,<br><br>    v.<br><br>REED ELSEVIER, INC. D/B/A/ LEXISNEXIS,<br><br>    Defendant. | CIVIL ACTION NO.:<br>1:07-CV-1762-GET |

### SUPPLEMENTAL ATTACHMENT A TO INITIAL DISCLOSURES OF PLAINTIFF ANDREW J. PERLMUTTER

1. Lynn M. Reynolds
   Associate General Counsel – Legal Department
   9443 Springboro Pike
   Miamisburg, OH 45342
   (937) 865-7591

   Lynn Reynolds is believed to have knowledge regarding the terms and conditions of Andrew Perlmutter's contract of employment and circumstances under which such employment terminated, as well as the claims and defenses of the parties.

2. Linda D. Holloway
   Senior Administrative Assistant
   9443 Springboro Pike
   Miamisburg, OH 45342
   (937) 865-1436

   Linda Holloway is believed to have knowledge regarding the terms and conditions of Andrew Perlmutter's contract of employment and

1

circumstances under which such employment terminated, as well as the claims and defenses of the parties.

3. Andrew Prozes
   Global Chief Executive Officer, LexisNexis Group
   LexisNexis
   125 Park Avenue
   New York, NY  10017

   Andrew Prozes is believed to have knowledge regarding the terms and conditions of Andrew Perlmutter's contract of employment and circumstances under which such employment terminated, as well as the claims and defenses of the parties.

4. James M. Peck
   CEO LexisNexis Risk & Information Analytics Group, a division of Reed Elsevier, Inc.
   6601 Park of Commerce Blvd.
   Boca Raton, FL  33487

   James Peck is believed to have knowledge regarding the terms and conditions of Andrew Perlmutter's contract of employment and circumstances under which such employment terminated, as well as the claims and defenses of the parties.

5. James Swift
   Former COO, LexisNexis Risk & Information Analytics Group, a division of Reed Elsevier, Inc.
   C/O eCredit
   777 Yamato Road, Suite 500
   Boca Raton, FL 33431

   James Swift is believed to have knowledge regarding the terms and conditions of Andrew Perlmutter's contract of employment and circumstances under which such employment terminated, as well as the claims and defenses of the parties.

6. Laurie David Villa
   Vice President, Human Resources
   6601 Park of Commerce Blvd.
   Boca Raton, FL  33487
   (561) 999-4408

   Laurie David Villa is believed to have knowledge regarding the terms and conditions of Andrew Perlmutter's contract of employment and circumstances under which such employment terminated, as well as the claims and defenses of the parties.

7. Michael Lamb
   Vice President, General Counsel – Legal Department
   6601 Park of Commerce Blvd.
   Boca Raton, FL  33487
   (561) 999-3975

   Michael Lamb is believed to have knowledge regarding the terms and conditions of Andrew Perlmutter's contract of employment and circumstances under which such employment terminated, as well as the claims and defenses of the parties.

8. Andrew J. Perlmutter
   8995 Old Southwick Pass
   Alpharetta, GA  30022
   (678) 491-0562

   Andrew Perlmutter has knowledge regarding the terms and conditions of his contract of employment and circumstances under which such employment terminated, as well as the claims and defenses of the parties.

DATED this 10th day of September, 2007.

                Respectfully submitted,


                s/Jaclyn C. Platten
                John L. Monroe, Jr.
                Georgia Bar No. 516190
                Jaclyn C. Platten
                Georgia Bar No. 113250

Ford & Harrison LLP         Attorneys for Plaintiff
1275 Peachtree Street, N.E., Suite 600
Atlanta, GA  30309
Telephone: (404) 888-3800
Facsimile: (404) 888-3863

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANDREW J. PERLMUTTER,<br><br>    Plaintiff,<br><br>    v.<br>REED ELSEVIER, INC. D/B/A/ LEXISNEXIS,<br><br>    Defendant. | CIVIL ACTION NO.:<br>1:07-CV-1762-GET |

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2007, I electronically filed the foregoing **SUPPLEMENTAL ATTACHMENT A TO INITIAL DISCLOSURES OF PLAINTIFF ANDREW J. PERLMUTTER** with the Clerk of the Court, using the Court's CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

    Brennan W. Bolt
    Mark L. Keenan
    MCGUIREWOODS, LLP
    1170 Peachtree Street, N.E.
    Suite 2100
    Atlanta, GA   30309

|  |  |
|---|---|
|  | s/ Jaclyn C. Platten |
|  | Jaclyn C. Platten |
|  | Georgia Bar No. 113250 |
|  | jplatten@fordharrison.com |
| FORD & HARRISON LLP |  |
| 1275 Peachtree Street, N.E. | Attorney for Plaintiff |
| Suite 600 |  |
| Atlanta, Georgia 30309 |  |
| Telephone: (404) 888-3800 |  |
| Facsimile: (404) 888-3863 |  |

Atlanta:430410.1