IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANDREW J. PERLMUTTER, <br><br> Plaintiff, <br><br> v. <br><br> REED ELSEVIER, INC. D/B/A/ LEXISNEXIS, <br><br> Defendant. | CIVIL ACTION NO.: <br> 1:07-CV-1762-GET |

## CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that on September 18, 2007, I electronically filed with the

Clerk of Court the **CERTIFICATE OF SERVICE FOR ANDREW J.**

**PERLMUTTER'S FIRST INTERROGATORIES TO DEFENDANT** via US

Mail and electronic filing to the following CM/ECF participant:

Brennan W. Bolt
Mark L. Keenan
MCGUIREWOODS, LLP
1170 Peachtree Street, N.E.
Suite 2100
Atlanta, GA   30309

Dockets.Justia.co

s/ Jaclyn C. Platten
Jaclyn C. Platten
Georgia Bar No. 113250
jplatten@fordharrison.com

FORD & HARRISON LLP
1275 Peachtree Street, N.E.                    Attorney for Plaintiff
Suite 600
Atlanta, Georgia 30309
Telephone: (404) 888-3800
Facsimile: (404) 888-3863

Atlanta:431272.1