- 1 -

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANDREW J. PERLMUTTER,<br><br>    Plaintiff,<br><br>    v.<br><br>REED ELSEVIER, INC. D/B/A/ LEXISNEXIS,<br><br>    Defendant. | CIVIL ACTION NO.:<br>1:07-CV-1762-GET |

## CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that on September 18, 2007, I electronically filed with the Clerk of Court the **CERTIFICATE OF SERVICE FOR ANDREW J. PERLMUTTER'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT** via US Mail and electronic filing to the following CM/ECF participant:

> Brennan W. Bolt
> Mark L. Keenan
> MCGUIREWOODS, LLP
> 1170 Peachtree Street, N.E.
> Suite 2100
> Atlanta, GA   30309

Dockets.Justia.com

- 2 -

                                                      <u>s/ Jaclyn C. Platten</u>
Jaclyn C. Platten
Georgia Bar No. 113250
jplatten@fordharrison.com

FORD & HARRISON LLP
1275 Peachtree Street, N.E.          Attorney for Plaintiff
Suite 600
Atlanta, Georgia 30309
Telephone: (404) 888-3800
Facsimile: (404) 888-3863

Atlanta:430110.1

Atlanta:431273.1