IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANDREW J. PERLMUTTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:07-CV-1762-GET |
| v. | ) |
| | ) |
| REED ELSEVIER, INC. D/B/A | ) |
| LEXISNEXIS, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of *"Defendant's Notice of Deposition of Andrew J. Perlmutter"* was served on Defendant by depositing a copy in the U.S. Mail with proper postage and addressed to the following:

John L. Monroe, Jr.
Jaclyn C. Platten
Ford & Harrison LLP
1275 Peachtree Street, N.E.
Suite 600
Atlanta, Georgia 30309

This 25th day of September, 2007.

_____
Brennan W. Bolt
Attorney for Defendant

\4795932.1