IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANDREW J. PERLMUTTER,<br><br>    Plaintiff,<br><br>    v.<br><br>REED ELSEVIER, INC. D/B/A/<br>LEXISNEXIS,<br><br>    Defendant. | CIVIL ACTION NO.:<br>1:07-CV-1762-GET |

## ORDER

The Court, having considered Plaintiff's Expedited Motion for Protective Order and Memorandum in Support, and finding due cause therefore, GRANTS Plaintiff's Motion. This Court hereby prohibits Defendant from taking Plaintiff's deposition until it has produced the documents responsive to Rule 26 and Rule 34 request for production. The parties are directed to schedule Plaintiff's deposition on mutually convenient dates following such production.

SO ORDERED this _____ day of September, 2007.

_____

Atlanta:431879.1