## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION



Andrew J. Perlmutter

       Plaintiff

V.                                        1:07-cv-1762-GET

Reed Elsevier, Inc. d/b/a Lexis Nexis

       Defendant

## NOTICE OF HEARING

     By direction of the Court, the above case is hereby set for a conference regarding plaintiff's Expedited Motion for Protective Order on Wednesday, October 3, 2007 at 11:00 AM in Courtroom 1907, United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia.

     This 26th day of September, 2007

                                                James N. Hatten, Clerk
                                               By:

                                               */s/ Janice Micallef*

                                               Janice Micallef
                                               Courtroom Deputy Clerk to
                                               Honorable G. Ernest Tidwell
                                               (404) 215-1465