# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:07-cv-01762-GET
## Perlmutter v. Reed Elsevier, Inc.
## Honorable G. Ernest Tidwell

Minute Sheet for proceedings held In Open Court on 10/03/2007.

| | |
|---|---|
| TIME COURT COMMENCED: 11:00 A.M. | COURT REPORTER: David Ritchie |
| TIME COURT CONCLUDED: 11:20 A.M. | CSO/DUSM: Dwight Williams |
| TIME IN COURT: 00:20 | DEPUTY CLERK: Janice Micallef |

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Brennan Bolt representing Reed Elsevier, Inc.<br>John Monroe representing Andrew J. Perlmutter<br>Jaclyn Platten representing Andrew J. Perlmutter |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [13]Motion for Protective Order GRANTED |
| MINUTE TEXT: | Court opened. Oral arguments held re: plaintiff's [13] Motion for Protective Order. Court GRANTED plaintiff's [13] Motion for Protective Order. Defendants to produce requested documents to plaintiff 10 days prior to taking plaintiff's deposition. Court adjourned. |
| HEARING STATUS: | Hearing Concluded |